[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED TG
2/22/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |
|---|---|
| Washington_____ ) | |
| _____, ) | |
| **Plaintiff(s),** ) | |
| **vs.** ) | **Case No.** |
| City of Chicago, et al_____ ) | **23-cv-1211** |
| _____, ) | **Judge Kness** |
| ) | **Magistrate Judge Finnegan** |
| **Defendant(s).** ) | **RANDOM** |

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a* **pro se** *plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1.  This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2.  The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3.  Plaintiff's full name is ___Vicqui Washington_____.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

[*If you need additional space for ANY section, please attach an additional sheet and reference that section.*]

4.  Defendant, ___The City of Chicago, et al_____, is
    (name, badge number if known)

    ☒ an officer or official employed by ___Chicago Government_____;
    (department or agency of government)

    _____or

    ☐ an individual not employed by a governmental entity.

    ***If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.***

5.  The municipality, township or county under whose authority defendant officer or official

    acted is ___The City of Chicago_____. As to plaintiff's federal

    constitutional claims, the municipality, township or county is a defendant only if

    custom or policy allegations are made at paragraph 7 below.

6.  On or about ___08/06/2014_____, at approximately ___12:45_____ ☒ a.m. ☐ p.m.
    (month, day, year)

    plaintiff was present in the municipality (or unincorporated area) of ___Chicago_____

    _____, in the County of ___Cook_____,

    State of Illinois, at ___I was at home_____,
    (identify location as precisely as possible)

    when defendant violated plaintiff's civil rights as follows ***(Place X in each box that applies)***:

    ☐    arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
    ☐    searched plaintiff or his property without a warrant and without reasonable cause;
    ☐    used excessive force upon plaintiff;
    ☒    failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
    ☒    failed to provide plaintiff with needed medical care;
    ☒    conspired together to violate one or more of plaintiff's civil rights;
    ☒    Other: ___The Defendant's either individually or as a unit, covered up the high

    ___speed CPD chase of Unit #1 that critically injured my sons._____

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

_____.

7.      Defendant officer or official acted pursuant to a custom or policy of defendant

municipality, county or township, which custom or policy is the following: (*Leave blank*

*if no custom or policy is alleged*):_____The Code of Silence_____

_____

_____

_____.

8.      Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____N.A_____

_____

_____

9.      (*Place an X in the box that applies. If none applies, you may describe the criminal
proceedings under "Other"*) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a

fair trial as follows_____N.A._____

_____.

☒ Other: Victim #3 and his family was personally invited by the State's Attorney's Office
to the criminal hearing of the driver of Unit #1. There's may have been court proceedings for the
owner of Unit #1 as well. My family was never contacted by the State's Attorney's Office and was
never invited to court.
        [1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent
may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the
conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10.     Plaintiff further alleges as follows: (***Describe what happened that you believe supports your claims.  To the extent possible, be specific as to your own actions and the actions of each defendant.***)

1.  August 6, 2014, I was informed that my son (Victim#1) was critically injured in a serious accident. I did not find out that my son, Victim #2, also survived the accident until hours later, after I arrived at Stroger Hospital. My family informed me that Victim #2 also survived.

2.  August 7, 2014, a day after arriving with multiple injuries, Victim #1 (Age 16) was discharged from Stroger Hospital with 2 broken bones in his nose and glass still in his face.  I had no knowledge that his nose was not reset and that glass was still in his face. Victim #2 (Age 17) sustained brain injury and was discharged on 08/11/2014.

3.  On the morning of the accident, a witness at the accident scene told a reporter that a high speed police chase occurred. CPD News Affairs denied the chase of Unit #1.

4.  After learning of the chase, I retained Corboy & Demetrio. My attorney confirmed the CPD chase of Unit #1. I was never invited to court. In 2017, I received a few court documents from Corboy & Demetrio for the 1st time .

5.  Corboy & Demetrio allowed other law firms to represent my court case without my knowledge or consent. I was asked, but I have never signed a release.

11.     Defendant acted knowingly, intentionally, willfully and maliciously.

12.     As a result of defendant's conduct, plaintiff was injured as follows:

I have been traumatized so much that it's a miracle I survived. I've had to deal with not only the accident, but the aftermath of the Defendants as well. In 2017, while waiting on my FOIA, I received condolences for the loss of my sons. A few days later, I received a document in the MAIU report that mentioned "MORGUE REPORT"...Everyone survived.

13.     Plaintiff asks that the case be tried by a jury.   ☒ Yes        ☐ No

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

14.    Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

**WHEREFORE,** plaintiff asks for the following relief:

A.    Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant; **Multiple trauma, loss of opportunities, financial injury, health issues, guilt, grief and humiliation**

B.    ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and **Treble Damages**

C.    Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Vicqui Washington*

Plaintiff's name *(print clearly or type)*: **Vicqui Washington**

Plaintiff's mailing address: **7235 S. Dobson Ave.**

City **Chicago**        State **Illinois**    ZIP    **60619**

Plaintiff's telephone number: (**773**)   **431-8462**                .

Plaintiff's email address *(if you prefer to be contacted by email)*: **vicqui_washington @yahoo.com**

15.    Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

*[If you need additional space for ANY section, please attach an additional sheet and reference that section.]*

8:59 AM

< Inbox ∧ ∨

## Fw: RE: Update in regard to FOIA # P059960.

--- On Mon, 6/5/17, FOIA <foia@chicagopolice.org> wrote:

From: FOIA <foia@chicagopolice.org>
Subject: RE: Update in regard to FOIA # P059960.
To: "vicqui washington"
<████████@yahoo.com>
Date: Monday, June 5, 2017, 2:09 PM
#yiv9738524021 #yiv9738524021 --P {
MARGIN-BOTTOM:0px;MARGIN-
TOP:0px;}
#yiv9738524021

Good afternoon Ms. Vicqui,

I am truly sorry for the loss of
your children.

   


PLAINTIFF'S EXHIBIT
B2

**9:00 AM**

< Inbox    **Update in regard to...**    ∧  ∨

politely ask.....Why should your
department pick and choose
as to what information I receive as the
mother of two
innocent children who arrived at Stroger
unconscious, after
being cut out of a vehicle?
I have been waiting since 2014 for
information as to what
truly happened to my kids and for some
reason it seems like
people are purposely stalling! Olivia, I'm
not trying to
be rude nor disrespectful, but how much
longer will I have
to wait until you go through
over 400 documents with a fine tooth
comb? Everything in
those documents are a part of the
investigation of what
happened to my kids...I'm not
understanding what's
going on.

B2

Plaintiff: Vicqui Washington

## LIST OF DEFENDANTS

1.   City of Chicago, et al

2.   Chicago Police Department, et al

3.   Sgt. Cornelius Brown #2235, Bt. 6713

4.   P.O. Darryl Hardy #16834, Bt. 6713c

5.   P.O. Swailiza Manker #19862, Bt.

6.   P.O. Kimberly McQuarter #17198,

7.   Sgt. Atour Bethishou #2470, Bt. 310 or 320R

8.   Sgt. Joaquin Mendoza #2119, Bt. 310 or 320R

9.   Sgt. Joseph Kwiatkowski #17550, Bt. 322R

10.   P.O. John Hagen # 9335, Bt. 322R

11.   P.O. Robert Brown #4510, Bt. 323R

12.   P.O. Malcom Bryant #4748, Bt. 323R

13.   P.O. Kevin Sheahan #18667, 313R

14.   P.O. Michael Butler #16086, Bt. 323R

15.   Lt. Darren Doss #450

16.   MAIU Sgt. Elliott Musial #910/ #19416, Bt. 5796

17.   MAIU Sgt. Timothy Capparelli #1044

18.   MAIU T/S Sharon Norway #17643, Bt. 5786

19.  MAIU T/S Postelnick #18354, Bt. 5785

20.  MAIU Sgt. Paul Sedlacek #2140

21.  MAIU T/S Jon Cacciatore #7157, Bt. 5797

22.  Office of New Affairs Hector Alfaro #19618

23.  City of Chicago Fire Department, et al

24.  City of Chicago Department of Law, et al

25.  City of Chicago Department of Law- Attorney M. Ruether

26.  City of Chicago Department of Law- Attorney Daniel Lim

27.  City of Chicago Department of Law- Philip Santell

28.  City of Chicago Department of Law- Attorney Marc Augustave

29.  City of Chicago Department of Law- Attorney Maggie Mendenhall-
     Casey

30.  City of Chicago Department of Law- Jason L. Rubin

31.  County of Cook, et al

32.  John H. Stroger Hospital, et al

33.  Cook County State's Attorney's Office, et al

34.  Cook County Assistant State's Attorney Krystyn Dilillo

35.  Former Cook County State's Attorney Anita Alvarez

36.  Corboy & Demetrio, et al

37.  Attorney Daniel Kirschner

38.    Attorney Thomas Demetrio

39.    Attorney Matthew T. Jenkins

40.    McDevitt Law P.C., et al f/k/a Dwyer & McDevitt P.C., et al

41.    Attorney Daniel McDevitt

42.    Attorney Ronald W. Cobb III

43.    Attorney John J. Dwyer Jr.

44.    Darcy & Devassy P.C., et al f/k/a Askounis & Darcy P.C., et al

45.    Attorney D. Alexander Darcy

46.    Attorney Thomas V. Askounis

Plaintiff: Vicqui Washington

## <u>LIST OF SUMMONS FOR DEFENDANTS</u>

1.   City of Chicago, et al

2.   Chicago Police Department, et al

3.   Sgt. Cornelius Brown #2235, Bt. 6713

4.   P.O. Darryl Hardy #16834, Bt. 6713c

5.   P.O. Swailiza Manker #19862, Bt.

6.    P.O. Kimberly McQuarter #17198,

7.    Sgt. Atour Bethishou #2470, Bt. 310 or 320R

8.    Sgt. Joaquin Mendoza #2119, Bt. 310 or 320R

9.    Sgt. Joseph Kwiatkowski #17550, Bt. 322R

10.    P.O. John Hagen # 9335, Bt. 322R

11.    P.O. Robert Brown #4510, Bt. 323R

12.    P.O. Malcom Bryant #4748, Bt. 323R

13.    P.O. Kevin Sheahan #18667, 313R

14.    P.O. Michael Butler #16086, Bt. 323R

15.    Commander Darren Doss #450

16.    MAIU Sgt. Elliott Musial #910/ #19416, Bt. 5796

17.    MAIU Sgt. Timothy Capparelli #1044

18.    MAIU T/S Sharon Norway #17643, Bt. 5786

19. MAIU T/S Postelnick #18354, Bt. 5785

20. MAIU Sgt. Paul Sedlacek #2140

21. MAIU T/S Jon Cacciatore #7157, Bt. 5797

22. Office of New Affairs Hector Alfaro #19618

23. City of Chicago Fire Department, et al

24. City of Chicago Department of Law, et al

25. City of Chicago Department of Law- Attorney M. Ruether

26. City of Chicago Department of Law- Attorney Daniel Lim

27. City of Chicago Department of Law- Philip Santell

28. City of Chicago Department of Law- Attorney Marc Augustave

29. City of Chicago Department of Law- Attorney Maggie Mendenhall-
    Casey

30. City of Chicago Department of Law- Jason L. Rubin

31. John H. Stroger Hospital, et al

32. Cook County State's Attorney's Office, et al

33. Cook County Assistant State's Attorney Krystyn Dilillo

34. Former Cook County State's Attorney Anita Alvarez

35. Corboy & Demetrio, et al

36. Attorney Daniel Kirschner

37. Attorney Thomas Demetrio

38. Attorney Matthew T. Jenkins

39. McDevitt Law P.C., et al f/k/a Dwyer & McDevitt P.C., et al

40. Attorney Daniel McDevitt

41. Attorney Ronald W. Cobb III

42. Attorney John J. Dwyer Jr.

43. Darcy & Devassy P.C., et al f/k/a Askounis & Darcy P.C., et al

44. Attorney D. Alexander Darcy

45. Attorney Thomas V. Askounis